UNITED STATES DISTRICT COURT
**Southern** DISTRICT OF **Ohio**

FILED
RICHARD W. NAGEL

SEP 20 PM 12: 59

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

EH

UNITED STATES OF AMERICA

VS.

**Ciera K. Richter**

CASE NO. **1:17 CR 139-1**

MOTION FOR RECONSIDERATION 18 U.S.C. 3742 (e) POST-SENTENCING REHABILITATION PROGRAMMING

Comes Now, Petitioner, **Ciera K. Richter** request a reduction of sentence pursuant 18 U.S.C. 3742 (e) post-sentencing rehabilitation.

The defendant is currently incarcerated at Federal Correctional Institution **Secure Female Facility Hazelton**. She has been incarcerated since **November 16th, 2017** and has an expected release date of **March 30th, 2027**. During such time she has received **30** certificates, totaling **1655.19** hours.

(PLEASE SEE ATTACHED INMATE EDUCATION DATA SHEET & DISCIPLINARY DATA SHEET)

Pursuant to 18 U.S.C. 3742 (e) the defendant could be considered for a reduction of sentence; Pepper vs. United States, Supreme Court, 131 S. Ct. 1229; 179 L Ed 2d 196, 2001 U.S. lexis 1902, argued December 6, 2010, decided March 2, 2011. The downward variance was based on Pepper's lack of history of violence and Pepper's post-sentencing rehabilitation; as also with United States vs. Booker, Supreme Court 160 L Ed.2d 621, 1255 S. Ct. 736 (2005), Gali vs. United States 552 U.S. 38, 1285 Ct. 586, 169 1 ed.2d 445, 2007 Lexis 13083 argued October 2, 2007, decided December 10, 2007. Judge Robert C. Chambers (4th Circuit) granted Terri L. Burns on July 16, 2012 under 18

U.S.C. 3742 (e), a 30 month sentence reduction for programming, Burns received 30 certificates while housed at Federal Prison Camp Alderson in Alderson, West Virginia.

A sentencing reduction based on post-conviction rehabilitation can hardly be said to be inconsistent with the policies underlying an award of good time credit under 18 U.S.C. 3624 (b) because the two serve distinctly different interest. An award of good time credit by the Bureau of Prison (BOP) does not affect the length of court imposed sentence, rather it is an administrative reward to provide an incentive for prisoners to comply with institutional disciplinary regulations. Such credits may be revoked at any time before the date of prisoner's release. 18 U.S.C. 3624 (b) (2).

In contrast, a court's imposition of a reduced sentence based on post-sentencing rehabilitation changes the very terms of imprisonment and recognizes that the defendant's conduct since his initial sentencing warrants less severe criminal punishment. Once imposed, a sentence may be modified only in very limited circumstances 18 U.S.C. 3582 (c). Instead, the difference between the two is reflected most obviously In the fact that the BOP has no authority to award good time credit where the defendant's good behavior occurs after a sentence has already been served.

Wherefore, defendant humbly asks this Honorable Court to accept her certificates for programming and grant a reduction of sentence based on the foregoing.

Respectfully Submitted,

Pro Se

Cierra Richter

DATE 9-9-21

Federal Correctional Institution

S.F.F Hazelton

Your Honor, 9-9-21

My name is Ciera Richter. I'm writing this letter in addition to the motion for reconsideration 18 U.S.C. 3742(e) post-sentencing rehabilitation programming to include some personal information and accomplishments. I have been incarcerated since my sentencing with you on March 25, 2019. After you had addressed me in court I took a hard look at my life. I reflected on how my choices impacted my family and the community. While being completely honest with myself, I have made significant changes in my thinking and my lifestyle.

I have included several documents providing accurate verification of consistent post conviction rehabilitation programming. Most importantly I have completed and achieved my greatest reward my high school equivalency diploma (G.E.D) which you strongly recommended and I appreciate you for it.

While obtaining my G.E.D I have also made the choice to participate and complete the residential drug treatment program (RDAP) and the female integrated treatment program (FIT). I am expected to complete this program this year in December.

Upon my release I plan to be an active member in NA groups / meetings continuing my sobriety. I plan to enroll into college for veterinarian technician. I also plan to work with animals. I will also continue to be about of my child's life and be the mother to my child that I never had. I will attend and do everything I'm asked to do by my probation officer or my therapist and successfully transition back into our community.

In conclusion of this letter I would like to say a sincere thank you to your honorable judge Dlott. With your firm words and sincere suggestions I believe I will reintegrate back into the community as a productive and active member of our society. Thank you for your honor and the court for your consideration & mercy in this request for a reduction in sentence.

Sincerely,
Ciera Richter



United States Department of Justice
Federal Bureau of Prisons
Federal Correctional Complex - Hazelton
Post Office Box 450
1640 Sky View Drive
Bruceton Mills, West Virginia 26525
(304) 379-5000

18 August 2021

MEMORANDUM FOR: To Whom It May Concern

Please be advised that Richter, Ciera #77191-061 is currently incarcerated at SFF Hazelton. She is currently a member of the Fit program. She has not been a disciplinary problem and volunteers when needed. She has a Good Conduct Release date of 03-30-27. She has been in Federal Custody since 03-18-2019.

Please call if you have any further questions.

F. VanKirk
J Unit Counselor

RECEIVED IN THE OFFICE OF
CHIEF JUDGE SUSAN J. DLOTT

SEP 17 2021

UNITED STATES DISTRICT COURT

```
HAF24              *      INMATE DISCIPLINE DATA         *   08-18-2021
PAGE 001 OF 001    *   CHRONOLOGICAL DISCIPLINARY RECORD  *   13:08:49

REGISTER NO: 77191-061 NAME..: RICHTER, CIERA
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-18-2021




















G5401        DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```



# Office of the State Superintendent of Education

This Certifies That

## CIERA RICHTER

having satisfactorily completed the Tests of General Educational Development
with scores comparable to those of high school graduates,
is hereby awarded this

## High School Equivalency Credential

and is entitled to all the Rights and Privileges appertaining thereto.
In witness whereof our names are hereto affixed, this the
16th Day of August, 2021

Hanseul Kang
State Superintendent of Education

Antoinette S. Mitchell, Ph.D.
Assistant Superintendent
Postsecondary and Career Education

Philip L. PremDas
GED Administrator

District of Columbia
Office of the State
Superintendent of Education

GOVERNMENT OF THE DISTRICT OF COLUMBIA
MURIEL BOWSER, MAYOR



```
HAF24               *      INMATE EDUCATION DATA        *      08-18-2021
PAGE 001            *            TRANSCRIPT             *      13:05:04

REGISTER NO: 77191-061    NAME..: RICHTER                    FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: HAF-HAZELTON FCI

------------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
HAF  ESL HAS    ENGLISH PROFICIENT           07-08-2019 1745 CURRENT
HAF  GED EARNED GED EARNED IN BOP            08-16-2021 1406 CURRENT


-------------------------------- EDUCATION COURSES ----------------------------
SUB-FACL   DESCRIPTION                   START DATE  STOP DATE EVNT AC LV  HRS
HAF F RDAP ADV GED:1400-1530 R123 (M-F)  11-19-2020 08-16-2021  P   C  P   458
HAF F RDAP SFF SELF STUDY THE HUMAN EYE  01-22-2021 01-28-2021  P   C  P     3
HAF F RDAP SFF SELF STUDY CONFLICT RESOL. 01-22-2021 01-28-2021 P   C  P     3
HAF F RDAP PRE-GED:1400-1530 R117 (M-F)  08-26-2019 11-19-2020  C   W  I     0
HAF F RDAP SELF-STUDY ACE: CREATE FUTURE 04-06-2020 04-10-2020  P   C  P     3
HAF F RDAP SELF-STUDY ACE: MONEY SKILLS  05-04-2020 05-08-2020  P   C  P     3
HAF F RDAP SELF-STUDY ACE: SOCIAL STUDY  04-20-2020 04-24-2020  P   C  P     3
HAF F RDAP SFF SELF STUDY WORLD WAR 1    08-17-2020 08-21-2020  P   C  P     3
HAF F RDAP SFF SELF STUDY LANGUAGE ARTS  08-10-2020 08-14-2020  P   C  P     3
HAF F RDAP SELF-STUDY ACE: SPORTS STARS  07-24-2020 07-24-2020  P   C  P     3
HAF F RDAP SELF-STUDY ACE:AMER-INDIAN WAR 07-13-2020 07-17-2020 P   C  P     3
HAF F RDAP SELF-STUDY ACE: OUR SOLAR SYS 06-22-2020 06-26-2020  P   C  P     3
HAF F RDAP SELF-STUDY ACE: EARTH SCIENCE 06-15-2020 06-19-2020  P   C  P     3
HAF F RDAP SELF-STUDY ACE: ENHANCE VOCAB 06-08-2020 06-12-2020  P   C  P     3
HAF F RDAP SELF-STUDY ACE: INFO TECHN 5  04-20-2020 04-24-2020  P   C  P     3
HAF F RDAP SELF-STUDY ACE: INFO TECHN 4  04-13-2020 04-17-2020  P   C  P     3
HAF F RDAP SELF-STUDY ACE: INFO TECHN 2  04-06-2020 04-10-2020  P   C  P     3
HAF F RDAP SELF-STUDY ACE: INFO TECHN 1  04-06-2020 04-10-2020  P   C  P     3
HAF F RDAP SELF-STUDY ACE:EARLY AMER HIST 03-30-2020 04-03-2020 P   C  P     3
HAF F RDAP SELF-STUDY ACE: CREATE FUTURE 04-06-2020 04-10-2020  P   C  P     3
HAF F RDAP SELF-STUDY ACE:EARLY AMER HIST 03-30-2020 04-03-2020 P   C  P     3
HAF F      ACE: BASIC SPANISH 1          11-27-2019 01-31-2020  P   C  P    12
HAF F      ACE: POETRY                   09-16-2019 10-28-2019  P   C  P     9
HAF F      ACE: OVERVIEW OF ASTRONOMY    09-12-2019 09-30-2019  P   C  P     6
HAF F      ACE: WORLD GEOGRPAHY          07-02-2019 08-15-2019  P   C  P    12

-------------------------------- HIGH TEST SCORES -----------------------------
TEST          SUBTEST         SCORE      TEST DATE    TEST FACL   FORM   STATE
GED READY     MATH            151.0      05-10-2021   HAF         RF
              RLA             153.0      01-25-2021   HAF         RE
              SCIENCE         145.0      08-20-2020   HAF         RC
              SOC STUDY       152.0      08-20-2020   HAF         RC
GED 2014      MATH            146.0      08-16-2021   HAF
              RLA             146.0      01-25-2021   HAF
              SCIENCE         147.0      09-23-2020   HAF
              SOC STUDY       153.0      10-02-2020   HAF
TABE E        BATTERY           6.6      07-31-2019   HAF         10
              LANGUAGE          6.5      07-31-2019   HAF         10
              MATH APPL         6.9      07-31-2019   HAF         10
              MATH COMP         5.4      07-31-2019   HAF         10


G0002         MORE PAGES TO FOLLOW . . .
```

```
   HAF24            *           INMATE EDUCATION DATA          *      08-18-2021
PAGE 002 OF 002 *                    TRANSCRIPT                *        13:05:04

REGISTER NO: 77191-061      NAME..: RICHTER                         FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: HAF-HAZELTON FCI

------------------------------ HIGH TEST SCORES -------------------------------
TEST         SUBTEST         SCORE     TEST DATE      TEST FACL    FORM    STATE
TABE E       READING         6.9       07-31-2019     HAF          10
             TOTAL MATH      6.9       07-31-2019     HAF          10




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

```
HAF24  531.01  *              INMATE HISTORY              *      08-18-2021
PAGE 001 OF 001 *                 WASPB                    *      13:06:00

REG NO..: 77191-061  NAME....: RICHTER, CIERA
CATEGORY: WSP        FUNCTION: PRT         FORMAT:

FCL    ASSIGNMENT   DESCRIPTION                 START DATE/TIME    STOP DATE/TIME
HAF    GR AYS W     GR ASSERT YRSELF WAIT       08-06-2019 0920    CURRENT
HAF    GR BCSW      GR BASC COG SKLLS WAIT      01-07-2020 1348    CURRENT
HAF    GR CHG W     GR CHANGE WAIT              02-10-2021 0944    CURRENT
HAF    GR FOND P    GR FOUNDATION PART          05-20-2021 1200    CURRENT
HAF    GR HME C     GR HLTHIER ME COMP          08-27-2019 1300    CURRENT
HAF    GR PONP W    GR PARNT R NT PARNT WAIT    06-17-2019 1455    CURRENT
HAF    GR SQO W     GR SQUARE ONE WAIT          10-11-2019 1157    CURRENT
HAF    GR UYFS W    GR UNDRSTNDNG FLNGS WAIT    06-17-2019 1456    CURRENT
HAF    GR WRII P    GR WOMN RELATNSHIPS II PART 05-25-2021 1300    CURRENT
HAF    GR WRII W    GR WOMN RELATNSHIPS II WAIT 02-16-2021 1005    05-25-2021 1300
HAF    GR WREL C    GR WOMN RELATIONSHPS COMP   05-13-2021 1200    05-25-2021 1210
HAF    GR WREL P    GR WOMN RELATIONSHPS PART   02-19-2021 0950    05-13-2021 1200
HAF    GR FOND W    GR FOUNDATION WAIT          01-28-2020 1002    05-20-2021 1200
HAF    GR WREL W    GR WOMN RELATIONSHPS WAIT   06-11-2019 0803    02-19-2021 0950
HAF    PAR NATLC    NATIONAL PARENTING PGM CMPLT 06-01-2020 1201   06-01-2020 1201
HAF    PAR PKWSNC   PARENTING KIDS W/SPEC NDS CMPL 06-01-2020 1200 06-01-2020 1200
HAF    PAR PKWSNP   PARENTING KIDS W/SPEC NDS PART 05-20-2020 1200 06-01-2020 1200
HAF    PAR PKWSNW   PARENTING KIDS W/SPEC NDS WAIT 05-13-2020 1159 05-20-2020 1200
HAF    PAR ONEC     PHASE ONE COMPLETE          05-11-2020 1400    05-11-2020 1400
HAF    PAR ONEP     PHASE ONE PART              04-21-2020 1400    05-11-2020 1400
HAF    PAR ONEW     PHASE ONE WAIT              02-07-2020 0001    04-21-2020 1400
HAF    GR HME P     GR HLTHIER ME PART          07-15-2019 1400    08-27-2019 1300
HAF    GR HME W     GR HLTHIER ME WAIT          06-17-2019 1458    07-15-2019 1400




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

```
HAF24   531.01    *           INMATE HISTORY            *    08-18-2021
PAGE 001 OF 001   *              PT OTHER               *    13:07:54

 REG NO..: 77191-061  NAME....: RICHTER, CIERA
 CATEGORY: PTO        FUNCTION: PRT          FORMAT:

 FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
 HAF    PEER PART  PEER PART                  07-20-2021 1239 CURRENT
 HAF    PEER WAIT  PEER WAIT                  04-14-2021 0928 07-20-2021 1239
 HAF    ANG M COMP ANGER MANAGEMENT CBT COMP  10-19-2020 1341 10-19-2020 1341




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```



**Bureau of Prisons**
**Psychology Services**
**Group Participation**

**SENSITIVE BUT UNCLASSIFIED**

| Inmate Name: | RICHTER, CIERA | | | Reg #: | 77191-061 |
|---|---|---|---|---|---|
| Date of Birth: | 10/31/1992 | Sex: F | Facilitator: | (P)Myers, Tabitha Psy.D. | |
| Date: | 08/31/2020 | Group Facility: HAF | Group Title: | [1107] Myers's Caseload | |

Status: Enrolled
Enroll Date: 10/05/2020   End Date:
Total Hours: 483.33

## SESSION DATA:

Number of Sessions: 46   First Session Date: 10/09/2020   Last Session Date: 08/20/2021

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 08/20/2021 | Week of Aug 20th | 960 | Complete Session | Good | Satisfactory |
| 08/13/2021 | Week of Aug 13th | 960 | Complete Session | Good | Satisfactory |
| 08/11/2021 | Week of August 6th | 780 | Complete Session | Good | Satisfactory |
| 07/30/2021 | Week of July 30th | 900 | Complete Session | Good | Satisfactory |
| 07/23/2021 | Week of July 23rd | 900 | Complete Session | Good | Satisfactory |
| 07/16/2021 | Week of July 16th | 960 | Complete Session | Good | Satisfactory |
| 07/09/2021 | Week of July 9th (-180 Holiday, -150 Shakedown) | 570 | Complete Session | Good | Satisfactory |
| 07/02/2021 | Week of July 2nd | 900 | Complete Session | Good | Satisfactory |
| 06/25/2021 | Week of June 25th | 900 | Complete Session | Good | Satisfactory |
| 06/18/2021 | Week of June 18th (-180 lockdown, -180 holiday) | 540 | Complete Session | Good | Satisfactory |
| 06/11/2021 | Week of June 11th | 900 | Complete Session | Good | Satisfactory |
| 06/04/2021 | Week of June 4th | 720 | Complete Session | Good | Satisfactory |
| 05/28/2021 | Week of May 28th | 840 | Complete Session | Good | Satisfactory |
| 05/21/2021 | Week of May 21st | 900 | Complete Session | Good | Satisfactory |
| 05/14/2021 | Week of May 14th | 900 | Complete Session | Good | Satisfactory |
| 05/07/2021 | Week of May 7th (-30 fog count) | 760 | Complete Session | Good | Satisfactory |
| 04/30/2021 | Week of April 30th (-120 Lockdown) | 540 | Complete Session | Good | Satisfactory |
| 04/23/2021 | Week of April 23rd (-180 Lockdown) | 540 | Complete Session | Good | Satisfactory |
| 04/16/2021 | Week of April 16th (-180 Lockdown) | 900 | Complete Session | Good | Satisfactory |
| 04/09/2021 | Week of April 9th (-180 lockdown) | 810 | Complete Session | Good | Satisfactory |
| 04/02/2021 | Week of April 2nd | 540 | Complete Session | Good | Satisfactory |
| 03/26/2021 | Week of March 26th | 750 | Complete Session | Good | Satisfactory |
| 03/19/2021 | Week of March 19th | 990 | Complete Session | Good | Satisfactory |
| 03/12/2021 | Week of March 12th | 990 | Complete Session | Good | Satisfactory |
| 03/05/2021 | Week of March 5th (-270) | 540 | Complete Session | Good | Satisfactory |
| 02/26/2021 | Week of Feb 26th | 990 | Complete Session | Good | Satisfactory |
| 02/19/2021 | Week of Feb 19th (-180 Holiday) | 720 | Complete Session | Good | Satisfactory |
| 02/12/2021 | Week of Feb 12th | 900 | Complete Session | Good | Satisfactory |
| 02/05/2021 | Week of Feb 5th | 940 | Complete Session | Good | Satisfactory |
| 01/29/2021 | Week of Jan 29th- modified COVID programming | 180 | Complete Session | Good | Satisfactory |
| 01/22/2021 | Week of Jan 22nd (-900 National Lockdown) | 0 | Absent Excused | Not Apply | Not Apply |
| 01/15/2021 | Week of Jan 15th (-900 due to COVID Operations) | 0 | Absent Excused | Not Apply | Not Apply |
| 01/08/2021 | Week of Jan 8th | 0 | Absent Excused | Not Apply | Not Apply |
| 01/01/2021 | Week of Jan 1st (-900 lockdown COVID) | 0 | Absent Excused | Not Apply | Not Apply |
| 12/25/2020 | Week of Dec 25th- | 0 | Absent Excused | Not Apply | Not Apply |

Generated 08/23/2021 10:41 by Myers, Tabitha Psy.D.   Bureau of Prisons - HAF   Page 1 of 2

| Inmate Name: | RICHTER, CIERA | | | | Reg #: | 77191-061 |
|---|---|---|---|---|---|---|
| Date of Birth: | 10/31/1992 | Sex: F | Facilitator: | (P)Myers, Tabitha Psy.D. | | |
| Date: | 08/31/2020 | Group Facility: HAF | Group Title: | [1107] Myers's Caseload | | |

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| | Institutional COVID Lockdown | | | | |
| 12/18/2020 | Week of Dec 18th | 180 | Complete Session | Good | Satisfactory |
| 12/11/2020 | Week of Dec 11th (-120 lockdown census) | 780 | Complete Session | Good | Satisfactory |
| 12/04/2020 | Week of Dec 4th | 540 | Complete Session | Good | Satisfactory |
| 11/27/2020 | Week of Nov 27th (-900 lockdown) | 0 | Absent Excused | Not Apply | Not Apply |
| 11/20/2020 | Week of Nov 20th (-180 lockdown) | 720 | Complete Session | Good | Not Apply |
| 11/13/2020 | Week of Nov 13th (-180 Holiday) | 720 | Complete Session | Good | Satisfactory |
| 11/06/2020 | Week of November 6th | 120 | Complete Session | Good | Satisfactory |
| 10/30/2020 | Week of Oct 30th- Lockdown | 0 | Absent Excused | Not Apply | Not Apply |
| 10/23/2020 | Week of Oct 23rd | 900 | Complete Session | Good | Satisfactory |
| 10/16/2020 | Week of Oct 16th | 600 | Complete Session | Good | Satisfactory |
| 10/09/2020 | Week of Oct 9th | 720 | Complete Session | Good | Satisfactory |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 84.8 % | Good | 84.8 % | Not Apply | 17.4 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 82.6 % |
| | | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Incomplete Session Not Excused | 0.0 % | Not Apply | 15.2 % | | |
| Absent Excused | 15.2 % | | | | |
| Absent Not Excused | 0.0 % | | | | |

## COMMENTS:

| Date | Provider |
|---|---|

08/11/2021   Myers, Tabitha Psy.D.
   Week of Aug 6th: -180 laydown pass

06/07/2021   Myers, Tabitha Psy.D.
   May 28: -60 minutes for callout.

05/11/2021   Myers, Tabitha Psy.D.
   Week of May 7th: -110 minutes for Health Services callout.

05/05/2021   Myers, Tabitha Psy.D.
   Week of April 30th: -180 due to requesting to laydown after COVID vaccine.

04/27/2021   Myers, Tabitha Psy.D.
   Week of April 23rd: -180 for Health Services callout

03/12/2021   Myers, Tabitha Psy.D.
   Week of March 5th: -180 for dental appointment

10/13/2020   Myers, Tabitha Psy.D.
   Week of Oct 9th- GED Testing during one day of programming. -180 minutes



## Bureau of Prisons
## Psychology Services
## Group Participation

**SENSITIVE BUT UNCLASSIFIED**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | RICHTER, CIERA | | Reg #: | 77191-061 |
| Date of Birth: | 10/31/1992 | Sex: F | Facilitator: | (P)Myers, Tabitha Psy.D. |
| Date: | 08/31/2020 | Group Facility: HAF | Group Title: | [1060] Myers's Caseload |

| | | |
|---|---|---|
| Status: | Enrolled | |
| Enroll Date: | 10/05/2020 | End Date: |
| Total Hours: | 580.83 | |

### SESSION DATA:

Number of Sessions: 58    First Session Date: 10/09/2020    Last Session Date: 08/20/2021

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 08/20/2021 | Additional Hours Week of Aug 20th | 0 | Absent Excused | Not Apply | Not Apply |
| 08/20/2021 | Week of August 20th | 1050 | Complete Session | Good | Satisfactory |
| 08/13/2021 | Additional Hours Week of Aug 13th | 120 | Complete Session | Good | Satisfactory |
| 08/13/2021 | Week of Aug 13th | 1200 | Complete Session | Good | Satisfactory |
| 08/06/2021 | Additional Hours Week of Aug 6th | 0 | Absent Excused | Not Apply | Not Apply |
| 08/06/2021 | Week of August 6th | 1050 | Complete Session | Good | Satisfactory |
| 07/30/2021 | Additional Hours Week of July 30th | 0 | Absent Excused | Not Apply | Not Apply |
| 07/30/2021 | Week of July 30th | 1170 | Complete Session | Good | Satisfactory |
| 07/23/2021 | Week of July 23rd | 990 | Complete Session | Good | Satisfactory |
| 07/16/2021 | July 16th Additional Hours | 120 | Complete Session | Good | Satisfactory |
| 07/16/2021 | Week of July 16th | 1200 | Complete Session | Good | Satisfactory |
| 07/09/2021 | Week of July 9th | 570 | Complete Session | Good | Satisfactory |
| 07/02/2021 | Week of July 2nd | 0 | Absent Excused | Not Apply | Not Apply |
| 07/02/2021 | Week of July 2nd | 1170 | Complete Session | Good | Satisfactory |
| 06/25/2021 | Week of June 25th- Additional Hours | 60 | Complete Session | Good | Satisfactory |
| 06/25/2021 | Week of June 25th | 1200 | Complete Session | Good | Satisfactory |
| 06/18/2021 | Week of June 18th | 1140 | Complete Session | Good | Satisfactory |
| 06/11/2021 | June 11th Additional Hours | 210 | Complete Session | Good | Satisfactory |
| 06/11/2021 | Week of June 11th | 1200 | Complete Session | Good | Satisfactory |
| 06/04/2021 | Week of June 4th | 990 | Complete Session | Good | Satisfactory |
| 05/28/2021 | Week of May 28th- Additional Hours | 0 | Absent Excused | Not Apply | Not Apply |
| 05/28/2021 | Week of May 28th | 1110 | Complete Session | Good | Satisfactory |
| 05/21/2021 | Week of May 21st- Additional Hours | 150 | Complete Session | Good | Satisfactory |
| 05/21/2021 | Week of May 21st | 1200 | Complete Session | Good | Satisfactory |
| 05/14/2021 | Week of May 14th- Additional Hours | 180 | Complete Session | Good | Satisfactory |
| 05/14/2021 | Week of May 14th | 1200 | Complete Session | Good | Satisfactory |
| 05/07/2021 | Week of May 7th- Additional Hours | 0 | Absent Excused | Not Apply | Not Apply |
| 05/07/2021 | Week of May 7th | 880 | Complete Session | Good | Satisfactory |
| 04/30/2021 | Week of April 30th | 540 | Complete Session | Good | Satisfactory |
| 04/23/2021 | Week of April 23rd | 660 | Complete Session | Good | Satisfactory |
| 04/16/2021 | Week of April 16th | 900 | Complete Session | Good | Satisfactory |
| 04/09/2021 | Week of April 9th | 810 | Complete Session | Good | Satisfactory |
| 04/02/2021 | Week of April 2nd (-405 due to lockdown and census) | 540 | Complete Session | Good | Satisfactory |
| 03/26/2021 | Week of March 26th | 750 | Complete Session | Good | Satisfactory |
| 03/19/2021 | Week of March 19th | 1050 | Complete Session | Good | Satisfactory |
| 03/12/2021 | Week of March 12th | 1020 | Complete Session | Good | Satisfactory |
| 03/05/2021 | Week of March 5th (-270) | 540 | Complete Session | Good | Satisfactory |

| Inmate Name: | RICHTER, CIERA | | | | Reg #: | 77191-061 |
|---|---|---|---|---|---|---|
| Date of Birth: | 10/31/1992 | Sex: F | Facilitator: | (P)Myers, Tabitha Psy.D. | | |
| Date: | 08/31/2020 | Group Facility: HAF | Group Title: | [1060] Myers's Caseload | | |

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 02/26/2021 | Week of Feb 26th | 990 | Complete Session | Good | Satisfactory |
| 02/19/2021 | Week of Feb 19th (-180 Holiday) | 720 | Complete Session | Good | Satisfactory |
| 02/12/2021 | Week of Feb 12th | 960 | Complete Session | Good | Satisfactory |
| 02/05/2021 | Week of Feb 5th | 1030 | Complete Session | Good | Satisfactory |
| 01/29/2021 | Week of Jan 29th- modified COVID Schedule | 360 | Complete Session | Good | Satisfactory |
| 01/22/2021 | Week of Jan 22nd- National Lockdown- No programming | 0 | Absent Excused | Not Apply | Not Apply |
| 01/15/2021 | Week of Jan 15th | 0 | Absent Excused | Not Apply | Not Apply |
| 01/08/2021 | Week of Jan 8th | 0 | Absent Excused | Not Apply | Not Apply |
| 01/01/2021 | Week of Jan 1st | 0 | Absent Excused | Not Apply | Not Apply |
| 12/29/2020 | Week of Dec 25th | 0 | Absent Excused | Not Apply | Not Apply |
| 12/29/2020 | Week of Dec 18th | 180 | Complete Session | Good | Satisfactory |
| 12/11/2020 | Week of Dec 11th | 780 | Complete Session | Good | Satisfactory |
| 12/04/2020 | Week of Dec 4th | 540 | Complete Session | Good | Satisfactory |
| 11/27/2020 | Week of Nov 27th (-900 lockdown) | 0 | Absent Excused | Not Apply | Not Apply |
| 11/20/2020 | Week of Nov 20th | 810 | Complete Session | Good | Satisfactory |
| 11/13/2020 | Week of Nov 13th | 720 | Complete Session | Good | Satisfactory |
| 11/06/2020 | Week of Nov 6th | 120 | Complete Session | Good | Satisfactory |
| 10/30/2020 | Week of Oct 30th- Lockdown | 0 | Absent Excused | Not Apply | Not Apply |
| 10/23/2020 | Week of Oct 23rd | 990 | Complete Session | Good | Satisfactory |
| 10/16/2020 | Week of Oct 16th | 690 | Complete Session | Good | Satisfactory |
| 10/09/2020 | Week of Oct 9th | 990 | Complete Session | Good | Satisfactory |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 77.6 % | Good | 77.6 % | Not Apply | 22.4 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 77.6 % |
| | | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Incomplete Session Not Excused | 0.0 % | Not Apply | 22.4 % | | |
| Absent Excused | 22.4 % | | | | |
| Absent Not Excused | 0.0 % | | | | |

Ciera Richter
#77191-061
ecvve female facility Hazelton
.O. Box 3000
Bruceton Mills, WV 26525

X-RAY
U.S. MARSHALS SE



Judge Susan J. Dlott
United States District Court
For The Southern District of Ohio
227 Potter Stewart H.S. Courthouse
Cincinnati, Ohio 45202

RECEIVED IN THE OFFICE OF
CHIEF JUDGE SUSAN J. DLOTT
SEP 17 2021
UNITED STATES DISTRICT COURT